42 A.3d 886

IN THE MATTER OF SALVATORE ALFIERI, AN ATTORNEY AT LAW (ATTORNEY NO. 021471983).

May 24, 2012.

## ORDER

This matter have been duly presented to the Court by the Disciplinary Review Board pursuant to *Rule* 1:20–10(b), on the granting of a motion for discipline by consent (DRB 11–013) of **SALVATORE ALFIERI** of **MATAWAN**, who was admitted to the bar of this State in 1983;

And the District VII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent had acted unethically and that respondent's conduct warranted a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that respondent's conduct violated *RPC* 1.7(a)(2) and *RPC* 8.4(a), but that because of the *de minimus* nature of the misconduct, no discipline should be imposed;

And the Disciplinary Review Board having granted the motion for discipline by consent and having submitted the record of the

proceedings to the Clerk of the Supreme Court for entry of an Order in accordance with *Rule* 1:20–16(e);

And the Court having determined from its review of the matter pursuant to *Rule* 1:20–16(b) that respondent's unethical conduct warrants discipline and that the appropriate quantum of discipline is an admonition;

And good cause appearing;

It is ORDERED that **SALVATORE ALFIERI** of **MATAWAN** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.